Dismissed; Opinion issued October 10, 2012



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-12-01255-CV

IN THE INTEREST OF M.A.T. AND M.J.T., CHILDREN

On Appeal from the 429th Judicial District Court
Collin County, Texas
Trial Court Cause No. 429-50317-2012

## MEMORANDUM OPINION

Before Justices Moseley, Fillmore, and Myers

Appellant has filed a motion to dismiss the appeal. This Court hereby **GRANTS** the motion

and **ORDERS** the appeal dismissed.

PER CURIAM

121255F.P05



# Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

IN THE INTEREST OF M.A.T. AND
M.J.T., CHILDREN

No. 05-12-01255-CV

Appeal from the 429th Judicial District
Court of Collin County, Texas. (Tr.Ct.No.
429-50317-2012).
Opinion delivered per curiam before Justices
Moseley, Fillmore, and Myers.

Based on the Court's opinion of this date, this appeal is **DISMISSED**. We **ORDER** that the parties bear their own costs of this appeal.

Judgment entered October 10, 2012.

_____

_____
ROBERT M. FILLMORE
JUSTICE